**Order entered March 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01160-CV

### RICHARD GEHRKE AND PACIFIC COMPANIES, INC., Appellants

### V.

### MERRITT HAWKINS AND ASSOCIATES, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09562**

## ORDER
Before Justices Whitehill, Molberg, and Nowell

We **REINSTATE** this appeal.

This is an accelerated appeal from a temporary injunction. By order dated February 14, 2019, we lifted the automatic stay imposed by section 51.014(b) of the Texas Civil Practice and Remedies Code and abated this appeal to allow the parties to conduct discovery related to the alleged violations of the temporary injunction and to allow the trial court to conduct an evidentiary hearing on appellants' motion to enforce the temporary injunction.

Before the Court is appellants' March 15, 2019 agreed motion seeking a thirty-day extension for the trial court to conduct the enforcement hearing and grant in writing any appropriate relief. We **GRANT** the motion.

We **ORDER** the trial court to conduct the hearing and grant in writing any appropriate relief by **April 25, 2019**.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, by **April 30, 2019**, a supplemental clerk's record containing any signed order on appellants' emergency motion to enforce or written notification that the trial court did not sign an order on the motion.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Emily Tobolowsky, Presiding Judge of the 298th Judicial District Court; Ms. Pitre; and all parties.

We **ABATE** this appeal to allow the trial court to comply with this Court's order. The appeal will be reinstated on April 30, 2019 or when the Court receives the requested supplemental clerk's record, whichever occurs sooner.

/s/     BILL WHITEHILL
JUSTICE